Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Telephone: (215) 540-8888
Attorney of Record: Jacob U. Ginsburg (JG2442)
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THOMAS DELEO**, | ) |
| Plaintiff, | ) **Case No.: 2:21-cv-3807-BRM-ESK** |
| v. | ) |
| **NATIONAL REPUBLICAN SENATORIAL COMMITTEE**, | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

THOMAS DELEO ("Plaintiff"), by and through his attorneys, KIMMEL & SILVERMAN, P.C., hereby voluntarily dismisses his claims against Defendant NATIONAL REPUBLICAN SENATORIAL COMMITTEE, pursuant to Fed. R. Civ. P. 41(a).

RESPECTFULLY SUBMITTED,

DATED: 11/19/2021

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esq. hereby certify that the foregoing has been served on all parties of record via ECF on November 19, 2021.

*/s/ Jacob U. Ginsburg*